IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:13-CV-63-F

| | |
|---|---|
| LARRY S. SMITH, ) | |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| GE CAPITAL RETAIL FINANCE ) CORPORATION, ) | |
| Defendant. ) | |

This matter is before the court on the Motion for a More Definite Statement [DE-10] filed by Defendant GE Capital Retail Finance Corporation ("GE"). After GE filed its motion, Plaintiff Larry S. Smith filed an Amended Complaint [DE-13], and GE has filed an Answer [DE-15] thereto. Accordingly, the Motion for a More Definite Statement [DE-10] is DENIED as moot.

SO ORDERED. This the 8th day of July, 2013.

*James C. Fox*
James C. Fox
Senior United States District Judge